KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - # #84065
JAN N. LITTLE - #100029
MICHAEL D. CELIO - #197998
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
ELECTRONIC ARTS, INC., BRUCE McMILLAN,
JOEL LINZNER, WARREN C. JENSON,
GERHARD FLORIN, LAWRENCE F. PROBST, III,
DON A. MATTRICK, NANCY L. SMITH, and
J. RUSSELL RUEFF, JR.

**ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY BAKER, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC., WARREN C. JENSON, and LAWRENCE F. PROBST, III,<br><br>    Defendants. | Case No. C 05-01219 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE RELATED ACTIONS AND ESTABLISH BRIEFING SCHEDULE**<br><br>Judge:     Maxine M. Chesney |
| DANIEL TAUBENFELD, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRONIC ARTS, INC., WARREN C. JENSON, and LAWRENCE F. PROBST, III,<br><br>    Defendants. | Case No. CV 05-01325 MHP<br><br>**CLASS ACTION** |

| | |
|---|---|
| DANIEL SWANTKO, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>ELECTRONIC ARTS, INC., BRUCE McMILLAN, JOEL LINZNER, LAWRENCE F. PROBST, III, GERHARD FLORIN, WARREN C. JENSON, DON A. MATTRICK, NANCY L. SMITH, and J. RUSSELL RUEFF, JR.,<br><br>                Defendants. | Case No. C-05-01527 MJJ<br><br>**CLASS ACTION** |
| ELTON SIMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>    vs.<br><br>ELECTRONIC ARTS, INC., LAWRENCE PROBST, III, and WARREN JENSON,<br><br>                Defendants. | Case No. C-05-1616 JSW<br><br>**CLASS ACTION** |

Pursuant to FRCivP 16(e) and 42(a), Civil L.R. 16-8(b), and Manual for Complex Litigation, Third §§ 21.12, 21.21 and 33.3 (1995), the parties stipulate, and the Court hereby orders, as follows:

### CONSOLIDATION OF RELATED CASES

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. C 05-01219 MMC

previously has been found

1. Each of the actions listed on Exhibit A ~~is~~ related to *Barry Baker v. Electronic Arts Inc., et al.*, Civil Case No. C 05-1219 MMC within the meaning of Civil L.R. 3-12. Pursuant to FRCivP 42(a), these cases are hereby consolidated into Civil Action No. C 05-1219 MMC (the "Consolidated Action") for pretrial proceedings before this Court. The Consolidated Action shall be captioned: "In re Electronic Arts, Inc. Securities Litigation."

2. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel, pursuant to Paragraph 7, *infra*.

3. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

**MASTER DOCKET AND CAPTION**

4. The docket in Civil Action No. C-05-1219 MMC shall constitute the Master Docket for this action.

5. Every pleading filed in the Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ELECTRONIC ARTS, INC.<br>SECURITIES LITIGATION | )<br>)<br>)<br>)<br>) | Master File No. C-05-1219 MMC<br><br>CLASS ACTION |

STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONSOLIDATE CASES
Case No. C 05-01219 MMC                                                                 3

| | |
|---|---|
| 1  This Document Relates To: | ) |
| 2 | ) |
|   | ) |
| 3  _____ | ) |

4   6.   The file in Civil Action No. C-05-1219 MMC shall constitute the Master File for every action in the Consolidated Action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Documents Relates To:". When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Documents Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (e.g., "No. C-03-_____ (Doe))."

7.   The parties shall file a Notice of Related Cases pursuant to Civil L.R. 3-12 whenever a case that should be consolidated into the Consolidated Action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

  a.   place a copy of this Order in the separate file for such action;

  b.   serve on plaintiff's counsel in the new case a copy of this Order;

  c.   direct that this Order be served upon defendants in the new case; and

  d.   make the appropriate entry in the Master Docket.

### LEAD PLAINTIFF'S COUNSEL

8.   After the Court has designated a Lead Plaintiff and appointed Lead Counsel, pursuant to 15 U.S.C. § 78u-4(a)(3)(B), Lead Counsel shall have the authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters regarding pretrial procedures, discovery, and settlement negotiations on behalf of the proposed class. Lead Counsel shall

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. C 05-01219 MMC                                                                4

manage the prosecution of this litigation to avoid duplicative or unproductive activities. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for dissemination of notices and orders of this Court. Lead Counsel shall be responsible for communications with the Court. Lead Counsel shall maintain a master service list of all parties and counsel.

9. Defendants' counsel may rely upon agreements made with Lead Counsel. Such agreements shall be binding on all plaintiffs and their counsel.

10. Any counsel of record for a party in the Consolidated Action who is not a member of the Bar of this District is hereby admitted to practice pro hac vice in this action by virtue of the Stipulation as so ordered.

**PLEADINGS AND MOTIONS**

11. Defendants are not required to respond to the complaint in any action consolidated into the Consolidated Action, other than a consolidated complaint or a complaint designated as the operative complaint after the designation of a Lead Plaintiff and the appointment of Lead Counsel.

12. Lead Plaintiff shall file a consolidated complaint within sixty (60) days after the Court enters the order designating the Lead Plaintiff, unless otherwise agreed upon by the parties or per scheduling order of this Court. The consolidated complaint shall be the operative complaint and shall supersede all complaints filed in any of the actions consolidated herein.

13. Defendants shall respond to the consolidated complaint within forty-five (45) days after service, unless otherwise agreed upon by the parties or per scheduling order of this Court. If defendants file any motions directed at the consolidated complaint, the opposition and reply

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. C 05-01219 MMC                                                                        5

briefs shall be filed within sixty (60) days and seventy-five (75) days, respectively, of that response, unless otherwise agreed upon by the parties or per scheduling order of this Court.

14. All case management conferences shall be rescheduled to take place after this Court's resolution of any motions directed at the consolidated complaint, unless otherwise agreed upon by the parties or per scheduling order of this Court.

15. The parties shall serve all papers on each other in accordance with Northern District Local Rules by hand or by overnight delivery, and by facsimile, unless otherwise agreed upon by the parties or per scheduling order of this Court. Notwithstanding the foregoing, defendants may serve plaintiffs' counsel, other than Lead Plaintiff's Counsel, by first-class mail, unless otherwise agreed upon by the parties.

Dated: April 26, 2005         By: /s/ Robert S. Green
                                  Robert S. Green

**GREEN WELLING LLP**
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Marc A. Topaz
Richard A. Maniskas
**SCHIFFRIN & BARROWAY, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiff Baker*

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. C 05-01219 MMC                                                      6

| | |
|---|---|
| 1 | |
| 2  Dated: April 27, 2005 | By: /s/ Kristen McCulloch |
| 3 | |
| 4 | Jeff S. Westerman |
| | Elizabeth P. Lin |
| 5 | Kristen McCulloch |
| | MILBERG WEISS BERSHAD & SCHULMAN LLP |
| 6 | 355 S. Grand Avenue, Suite 4170 |
| 7 | Los Angeles, CA 90071 |
| | Telephone: (213) 617-1200 |
| 8 | Facsimile: (213) 617-9185 |
| 9 | *Attorneys for Plaintiff Taulnenfeld* |
| 10 | |
| 11  Dated: April ___, 2005 | By: _____ |
| 12 | |
| 13 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 14 | Patrick J. Coughlin |
| | 100 Pine Street, Suite 2600 |
| 15 | San Francisco, CA 94111 |
| | Telephone: (415) 288-4545 |
| 16 | Facsimile: (415) 288-4534 |
| 17 | -and- |
| | William S. Lerach |
| 18 | Darren J. Robbins |
| | 401 B Street, Suite 1600 |
| 19 | San Diego, CA 92101 |
| 20 | Telephone: (619) 231-1058 |
| | Facsimile: (619) 231-7423 |
| 21 | |
| 22 | *Attorneys for Plaintiff Swardko* |

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. C 04-01219 MMC

7

| | |
|---|---|
| Dated: April ___, 2005 | By: _____ |
| | Jeff S. Westerman |
| | Elizabeth P. Lin |
| | Kristen McCulloch |
| | **MILBERG WEISS BERSHAD & SCHULMAN LLP** |
| | 355 S. Grand Avenue, Suite 4170 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 617-1200 |
| | Facsimile: (213) 617-9185 |
| | |
| | *Attorneys for Plaintiff Taubenfeld* |
| | |
| Dated: April 27, 2005 | By: /s/ [signature] |
| | |
| | **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** |
| | Patrick J. Coughlin |
| | 100 Pine Street, Suite 2600 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 288-4545 |
| | Facsimile: (415) 288-4534 |
| | -and- |
| | William S. Lerach |
| | Darren J. Robbins |
| | 401 B Street, Suite 1600 |
| | San Diego, CA 92101 |
| | Telephone: (619) 231-1058 |
| | Facsimile: (619) 231-7423 |
| | |
| | *Attorneys for Plaintiff Swantko* |

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. C 05-01219 MMC — 7

| | | |
|---|---|---|
|1| Dated: April 26, 2005 | By: /s/ Robert S. Green |
|2| | Robert S. Green |

**GREEN WELLING LLP**
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

Marc L. Ackerman
Evan J. Smith
**BRODSKY & SMITH, LLC**
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Telephone: (610) 667-6200
Facsimile: (610) 667-9029

*Attorneys for Plaintiff Simpson*

DATED: April 26, 2005          By: /s/ Jan Nielsen Little
                                    Jan Nielsen Little

**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Defendants*

### ORDER

On the stipulation of the parties, and good cause appearing, IT IS SO ORDERED. This consolidation order also applies to Wilson v. Electronic Arts, Inc., C-05-1648 MMC, which previously has been related to the above-titled actions.

DATED: May 10, 2005

APPROVED
Judge Maxine M. Chesney
_____
DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. C 05-01219 MMC                                                               8

# Exhibit A

## Related Cases

1. *Barry Baker v. Electronic Arts, Inc., et al.*, filed in the United States District Court for the Northern District of California on March 24, 2005, Case No. C-05-1219 MMC;

2. *Daniel Taubenfeld v. Electronic Arts, Inc., et al.*, filed in the United States District Court for the Northern District of California on March 31, 2005, Case No. C-05-1325 MHP;

3. *Daniel Swantko v. Electronic Arts, Inc., et al.*, filed in the United States District Court for the Northern District of California on April 13, 2005, Case No. C-05-1527 MJJ;

4. *Elton Simpson v. Electronic Arts, Inc., et al.*, filed in the United States District Court for the Northern District of California on April 19, 2005, Case No. C-05-1616 JSW.

5. Wilson v. Electronic Arts, Inc., et al., filed in the United States District Court for the Northern District of California on April 20, 2005, Case No. C-05-1648 MMC.

STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES
Case No. C 05-01219 MMC                                                                 9